USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/8/2021_



**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O: (212) 882-1320
F: (917) 398-1487

Andrew Gerber, Member
andrew@kgfirm.com

January 7, 2021

**By ECF and Email**

Hon. Analisa Torres
Torres_NYSDChambers@nysd.uscourts.gov

*Re: NLI Holdings, LLC v. LGA Productions, LLC et al, 1:20-cv-09292-AT – Request for Adjournment of Initial Conference*

Your Honor,

    We are counsel for plaintiff NLI Holdings, LLC ("NLI" or "Plaintiff") in the above-captioned Action. We write pursuant to Section I(C) of Your Honor's Individual Rules to request an adjournment of the Initial Conference currently scheduled for January 12, 2021. The Initial Conference was initially set for January 11, 2021, and today was adjourned to January 12, 2021. I am requesting this adjournment because I am scheduled to attend a settlement conference before Judge Netburn the morning of January 12, 2021, in *Gemstone Group, LLC v. Kasa Living, Inc.*, 1:20-CV-06567 (AT). This is Plaintiff's first request for an adjournment. Defendants consent to this adjournment. The parties are next available on January 13, 2021 other than between 2-3 p.m. and on January 21, 2021 before 11:30 a.m. or after 2:00 p.m.

GRANTED. The conference scheduled for January 12, 2021, is ADJOURNED to **January 13, 2021, at 11:20 a.m.**

SO ORDERED.

Dated: January 8, 2021
      New York, New York

Sincerely,

Andrew Gerber
*Counsel for NLI Holdings, LLC*

**ANALISA TORRES**
United States District Judge

1