```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/11/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NLI HOLDINGS, LLC
d/b/a NATIONAL LAMPOON

                Plaintiff,

-against-

EVAN SHAPIRO, JILL SHAPIRO,
ESHAP LLC a/k/a ESHAPTV/ESHAP LLC, and
LGA PRODUCTIONS, LLC,

                Defendants.

20 Civ. 9292 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' pre-motion letters dated December 29, 2020, amd January 6 and 7, 2021, ECF Nos. 15, 18–19. Accordingly,

1. Defendants' request for leave to file a motion to dismiss is GRANTED;
2. By **February 15, 2021**, Defendants shall file their motion to dismiss;
3. By **March 8, 2021**, Plaintiff shall file its opposition;
4. By **March 22, 2021**, Defendants shall file their opposition, if any.

The Clerk of Court is directed to terminate the motion at ECF No. 15.

    SO ORDERED.

Dated: January 11, 2021
       New York, New York

                                          ANALISA TORRES
                                  United States District Judge