```
                                          ┌─────────────────────────────────┐
                                          │ USDC SDNY                        │
UNITED STATES DISTRICT COURT              │ DOCUMENT                         │
SOUTHERN DISTRICT OF NEW YORK             │ ELECTRONICALLY FILED             │
NLI HOLDINGS, LLC                         │ DOC #: _____          │
d/b/a NATIONAL LAMPOON                    │ DATE FILED: _1/13/2021_          │
                                          └─────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NLI HOLDINGS, LLC
d/b/a NATIONAL LAMPOON

                          Plaintiff,

          -against-                                     20 Civ. 9292 (AT)

EVAN SHAPIRO, JILL SHAPIRO,                              **ORDER**
ESHAP LLC a/k/a ESHAPTV/ESHAP LLC, and
LGA PRODUCTIONS, LLC,

                          Defendants.

ANALISA TORRES, District Judge:

    For the reasons stated on the record at the January 13, 2021 conference, by **January 22, 2021**, Plaintiff shall file a second amended complaint, at which time the Court shall set a briefing schedule for any contemplated motion to dismiss.  The order at ECF No. 23 is VACATED.

    SO ORDERED.

Dated: January 13, 2021
      New York, New York

                                        _____
                                          ANALISA TORRES
                                    United States District Judge